AUSA:   Susan Fairchild   Telephone:  (313) 226-9577

AO 91 (Rev. 11/11)  Criminal Complaint   Agent:   Jason Messenger   Telephone:  (734) 676-2972

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America

v.

Angel  HERNANDEZ SANCHEZ, aka Dario
SANTIAGO-SANCHEZ, aka Ruben LOPEZ

Case: 2:26−mj−30463
Assigned To : Unassigned
Assign. Date : 8/4/2026
Description: CMP USA v Hernandez
Sanchez (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 30, 2026 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a)&(b)(2) | Unlawful Re-Entry Following Removal from the United States, Prior Aggravated Felony Conviction |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_Jason Messenger, Border Patrol Agent_
U.S. Department of Homeland Security

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __August 4, 2026__

_Judge's signature_

City and state:  Detroit, MI

Hon. Anthony P. Patti, U.S. Magistrate Judge
_Printed name and title_

<u>Affidavit</u>

I, Jason Messenger, declare the following under penalty of perjury:

1.  I am an agent with the U.S. Department of Homeland Security, U.S. Border Patrol. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and record checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Angel HERNANDEZ-SANCHEZ, aka Dario SANTIAGO-SANCHEZ, aka Ruben LOPEZ, a native and citizen of Mexico.

2.  This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for HERNANDEZ-SANCHEZ, for a violation of 8 U.S.C. § 1326(a) & (b)(2), unlawful re-entry following removal, prior aggravated felony conviction. I have not included every fact known to law enforcement related to this investigation.

3.  On or about February 4, 2011, HERNANDEZ-SANCHEZ was convicted of Forgery, a class C felony, in Rush County, Indiana, and sentenced to three years' confinement.

4.  On or about February 7, 2011, HERNANDEZ-SANCHEZ was encountered by Immigration and Customs Enforcement (ICE) Criminal Alien Program

1

officers while in the Rush County Jail, Indiana, and was issued a Notice of Intent to Issue a Final Administrative Removal Order for non-permanent residents convicted of aggravated felonies.

5.  On or about March 25, 2011, HERNANDEZ-SANCHEZ was removed to Mexico through Brownsville, Texas.

6.  On or about March 2, 2019, HERNANDEZ-SANCHEZ was encountered by United States Border Patrol (USBP) agents near Tecate, California, and processed as a Reinstatement of a Prior Deportation Order.

7.  On or about March 4, 2019, HERNANDEZ-SANCHEZ was removed to Mexico through San Ysidro, California.

8.  On or about March 7, 2019, HERNANDEZ-SANCHEZ was encountered by USBP agents near Temecula, California, and processed as a Reinstatement of a Prior Deportation Order.

9.  On or about March 8, 2019, HERNANDEZ-SANCHEZ was removed to Mexico through San Ysidro, California.

10. On or about November 8, 2020, HERNANDEZ-SANCHEZ was encountered by USBP agents near Tecate, California. HERNANDEZ-SANCHEZ provided agents with the name Dario SANTIAGO-SANCHEZ and a date of birth of 04/XX/1990. HERNANDEZ-SANCHEZ was expelled to Mexico under Title 42.

2

11. On or about December 4, 2020, HERNANDEZ-SANCHEZ was encountered by USBP agents near Calexico, California. HERNANDEZ-SANCHEZ provided agents with the name Dario SANTIAGO-SANCHEZ and a date of birth of 04/XX/1990. HERNANDEZ-SANCHEZ was expelled to Mexico under Title 42.

12. On or about January 30, 2022, HERNANDEZ-SANCHEZ was encountered by USBP agents near Douglas, Arizona. HERNANDEZ-SANCHEZ provided agents with the name Dario SANTIAGO-SANCHEZ and a date of birth of 04/XX/1990. HERNANDEZ-SANCHEZ was expelled to Mexico under Title 42.

13. On or about July 30, 2026, agents assigned to the Detroit Sector Targeting Unit encountered HERNANDEZ-SANCHEZ as a result of a targeted enforcement action in Romulus, Michigan, in the Eastern District of Michigan.

14. Agents identified themselves as United States Border Patrol Agents and conducted an immigration inspection. HERNANDEZ-SANCHEZ was placed under arrest and transported to the station for further processing.

15. While at the station, agents captured HERNANDEZ-SANCHEZ's fingerprints and photograph and entered this information into the Automated Biometric Identification System (IDENT) and the Next Generation

3

Identification (NGI). The results revealed that HERNANDEZ-SANCHEZ is a citizen of Mexico, with no record of obtaining permission to re-enter the United States following his March 8, 2019, removal.

16. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, U.S. Code, to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

17. Review of the Alien File (A# XXX XXX 898) for HERNANDEZ-SANCHEZ, and queries in U.S. Department of Homeland Security databases confirm no record exists of HERNANDEZ-SANCHEZ obtaining permission from the Attorney General or the Secretary of Homeland Security to re-apply for admission to the United States after his removal from the United States on March 8, 2019.

18. Based on the above information, there is probable cause to conclude that on or about July 30, 2026, in the Eastern District of Michigan, Angel HERNANDEZ-SANCHEZ, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed

4

therefrom on or about March 8, 2019, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and(b)(2).

Jason Messenger, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge

August 4, 2026

5